# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2411

_____

Marie Grace Gordon,                    *
                                       *
            Appellant,                 *
                                       *   Appeal from the United States
      v.                               *   District Court for the
                                       *   Eastern District of Missouri.
Proctor & Gamble,                      *     [UNPUBLISHED]
                                       *
            Appellee.                  *

_____

Submitted:  October 7, 1998

Filed:  November 2, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

      Marie Grace Gordon alleged that she fell at a PharMor pharmacy store after
liquid from a Dawn dishwashing detergent bottle, which had been placed upside down
in a grocery bag by a cashier, leaked onto the floor.  Gordon brought a products
liability suit against Proctor & Gamble Distributing Company, the manufacturers of
Dawn dishwashing liquid.  Gordon then sought to disqualify Proctor & Gamble's
attorney because she practiced at the same firm as an attorney whom Gordon had
initially contacted about her suit, who had said at the outset that he could not take the

case. The district court[1] granted Proctor & Gamble's motion to dismiss under Federal Rule Civil Procedure 12(b)(6) and denied as moot Gordon's motion to disqualify Proctor & Gamble's attorney. Gordon appeals.

Upon a review of the record and the parties' briefs, we conclude that the dismissal of Gordon's complaint was warranted. We also affirm the denial of Gordon's motion to disqualify Proctor & Gamble's attorney.

The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.